IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| EDWIN MENCHÚ, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | Civil Action No. 3:12-cv-00950 |
| v. ) ) | Chief Judge Haynes |
| HUNG CHEN, d/b/a STEAK GRILL and AUGUST MOON EXPRESS; SYDNEY CHEN, d/b/a BOURBON STREET CAFÉ; AUGUST MOON OF BRENTWOOD, INC.; and MADISON BULLWINGS, INC., ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

Pursuant to the Case Management Conference held before the Court on Monday, February 25, 2013, Plaintiff is hereby granted leave to file an amended complaint in the above-captioned matter by March 1, 2013.

IT IS SO ORDERED, this 6th day of March, 2013.

_____
Chief Judge Haynes